

**UNITED STATES PROBATION AND PRETRIAL SERVICE**

# MEMORANDUM

**DATE:** October 25, 2017

**TO:** Honorable Jonathan W. Feldman
U.S. Magistrate Judge

**FROM:** Jeffrey Mileham
U.S. Probation Officer

**SUBJECT:** Michael E. Perez-Aponte – Dkt # 6:17M00597-002
**Proposed Court Order**

The defendant was released on Pretrial Supervision with conditions on June 29, 2017 by Your Honor. One condition specifically orders that he is released to the custody of his mother.

On October 12, 2017, this officer conducted a field contact to the defendant's residence. During the contact the defendant informed this officer that his mother was unable to return to Rochester due to her having insufficient funds to pay for a plane ticket. This office has spoken with AUSA Frank Sherman and he is in agreement with the defendant staying out of custody while his mother is in Puerto Rico. This office will notify the Court upon his mother's return. Please be advised that the defendant is on GPS location monitoring.

__X__ So Ordered

____ Denied

_____
Honorable Jonathan W. Feldman
United States Magistrate Judge